**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | § | |
| ex rel. CHARLES TERRENCE BRUFF, | § | |
| Qui Tam Plaintiff-Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-143-FB |
| | § | |
| WALMART INC., et al., | § | |
| Defendants. | § | |

**LOCAL COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-RELATOR**

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE:

Cameron Hansen and Rob Wiley, P.C. ("Local Counsel") move under Local Rule AT-3 for leave to withdraw as local counsel for Plaintiff-Relator Charles Terrence Bruff ("Relator"). Relator will continue to be represented by his lead counsel, Armas Bertran Zincone. In support, Local Counsel respectfully show the Court as follows:

## I. GROUNDS FOR WITHDRAWAL

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). Good cause exists here. Given that Local Counsel's role in the matter has now been exhausted, professional considerations including, but not limited to, Local Counsel's limited time and availability to continue in that role now require Local Counsel to withdraw from representation.

Because Relator continues to be represented by counsel and has ample time to find replacement counsel, withdrawal will not have a material adverse effect on Relator or the judicial proceedings in this case.

## II. SUCCESSOR COUNSEL AND RELATOR'S INFORMATION

Relator will continue to be represented by the following counsel, who are admitted pro hac vice in this case:

J. Alfredo Armas, Eduardo Bertran, and Francesco Zincone
Armas Bertran Zincone
4960 SW 72nd Ave., Suite 206
Miami, Florida 33155
Telephone: (786) 394-0491
Telephone: (305) 661-2021
alfred@armaslaw.com
fzincone@armaslaw.com

Relator's contact information is:

Charles Terrence Bruff
98 McClennan Oak
San Antonio, TX 78240
(318) 446-1505
cbruff13@outlook.com

Local Counsel notified Relator of this Motion in writing on November 19, 2026 and provided him a copy before filing. Relator has consented to Local Counsel's withdrawal and signed this Motion below.

## III. RELIEF REQUESTED

Local Counsel respectfully ask the Court to:

1. grant Cameron Hansen and Rob Wiley, P.C. leave to withdraw as counsel of record for Relator; and
2. direct that lead counsel continue to receive all filings, orders, and notices on Relator's behalf.

Respectfully submitted,

ROB WILEY, P.C.

*/s/Cameron Hansen*

Cameron Hansen
Texas Bar No. 24145047
1011 San Jacinto Blvd., Suite 401
Austin, Texas 78701
Telephone: (214) 389-5589
chansen@robwiley.com

WITHDRAWING LOCAL COUNSEL FOR PLAINTIFF-RELATOR

Charles Terrence Bruff (Nov 19, 2026 14:10:10 CST)

Charles Terrence Bruff, Plaintiff-Relator

**CERTIFICATE OF CONFERENCE**

On November 18, 2026, I conferred by email with counsel for the United States Attorney's Office, who expressed no objection to Local Counsel's withdrawal. Lead Counsel for Relator was notified of Local Counsel's intent to withdraw from that role as early as October 8, 2026 and of this motion on November 18, 2026, but has not responded to multiple attempts to discuss this Motion.

*/s/Cameron Hansen*

Cameron Hansen

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2026, I filed this Motion through the Court's CM/ECF system, which will serve all counsel of record, including lead counsel for Relator and counsel for the United States. I also served Relator by email at cbruff13@outlook.com.

*/s/Cameron Hansen*

Cameron Hansen

# 26.11.19 Bruff_Motion to Withdraw as Local Counsel (5-25-cv-143-FB)

Final Audit Report 2026-11-19

| | |
|---|---|
| Created: | 2026-11-19 |
| By: | Cameron Hansen (chansen@robwiley.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA3aEHs5x7Qap2UvHU3ygS7BnyJKr8QOFa |

## "26.11.19 Bruff_Motion to Withdraw as Local Counsel (5-25-cv-143-FB)" History

- Document created by Cameron Hansen (chansen@robwiley.com)
  2026-11-19 - 7:37:23 PM GMT

- Document emailed to Charles Terrance Bruff (cbruff13@outlook.com) for signature
  2026-11-19 - 7:37:30 PM GMT

- Email viewed by Charles Terrance Bruff (cbruff13@outlook.com)
  2026-11-19 - 8:08:40 PM GMT

- Signer Charles Terrance Bruff (cbruff13@outlook.com) entered name at signing as Charles Terrence Bruff
  2026-11-19 - 8:10:08 PM GMT

- Document e-signed by Charles Terrence Bruff (cbruff13@outlook.com)
  Signature Date: 2026-11-19 - 8:10:10 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

- Agreement completed.
  2026-11-19 - 8:10:10 PM GMT