**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | § | |
| ex rel. CHARLES TERRENCE BRUFF, | § | |
| Qui Tam Plaintiff-Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-143-FB |
| | § | |
| WALMART INC., et al., | § | |
| Defendants. | § | |

**ORDER ON LOCAL COUNSEL'S MOTION TO WITHDRAW**

Before the Court is Local Counsel's Motion to Withdraw as Counsel for Plaintiff-Relator. Having considered the Motion, the Court finds good cause and GRANTS the Motion.

IT IS ORDERED that Cameron Hansen and Rob Wiley, P.C. are WITHDRAWN as counsel of record for Plaintiff-Relator Charles Terrence Bruff. Relator remains represented by J. Alfredo Armas, Eduardo Bertran, Francesco Zincone, and Armas Bertran Zincone.

IT IS SO ORDERED.

SIGNED this ____ day of ____________, 2026.

________________________________
Fred Biery
United States District Judge